## *United States District Court for the Northern District of Illinois*

Case Number:                       Assigned/Issued By:

Judge Name:                         Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*    ☐ $350.00      ☐ $39.00      ☐ $5.00

                   ☐ IFP         ☐ No Fee      ☐ Other _____

                   ☐ $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____      Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                            ☐ Alias Summons

☐ Third Party Summons              ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons      _____

                                              (Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
         (Type of Writ)

_____ Original and _____ copies on _____ as to _____
                                          (Date)

_____

_____