UNITED STATES DISTRICT COURT
DISTRICT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAPST LICENSING GmbH & Co. KG<br>          Plaintiff,<br><br>       v.<br><br>NIKON CORPORATION, NIKON AMERICAS, INC. and NIKON, INC.<br>          Defendants | Civil Action No. 08cv2510 |

**PAPST LICENSING GMBH & CO. KG RULE 7.1**
**CORPORATE DISCLOSURE STATEMENT**

Plaintiff, Papst Licensing GmbH & Co. KG ("Papst Licensing"), by its undersigned counsel, hereby submits the following Corporate Disclosure Statement.

*Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure*:

Papst Licensing does not have a parent corporation.

There are no publicly held corporations that own 10% or more of Papst Licensing.

*Pursuant to Local Rule 3.2 of the United States District Court For The Northern District of Illinois:*

Papst Licensing has no affiliates as that term is defined in Local Rule 3.2.

May 8, 2008                                             Respectfully submitted,

                                                        /s/ JohnL. Ambrogi
                                                        Jerold B. Schnayer (2495538)
                                                        James P. White (3001032)
                                                        John L. Ambrogi (6203626)
                                                        WELSH & KATZ, LTD.
                                                        120 South Riverside Plaza, 22nd Floor
                                                        Chicago, Illinois  60606
                                                         (312) 655-1500

                                                        *Counsel for PAPST LICENSING GmbH & Co. KG*