U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                       Case Number: 08 cv 2510
PAPST LICENSING GmbH & Co. KG
            v.
NIKON CORPORATION, NIKON AMERICAS INC.
and NIKON INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Nikon Inc., Defendant

| NAME (Type or print) |
| --- |
| David L. Witcoff |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ David L. Witcoff |

| FIRM |
| --- |
| Jones Day |

| STREET ADDRESS |
| --- |
| 77 W Wacker Drive |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL 60601-1692 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6183629 | 312-269-4259 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |