**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PAPST LICENSING GmbH & Co. KG, | § § | |
| Plaintiff, | § § | Civil Action No. 08-cv-2510 |
| v. | § § | Judge Der-Yeghiayan |
| NIKON CORPORATION, NIKON AMERICAS INC. and NIKON INC., | § § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

## CORPORATE DISCLOSURE STATEMENT OF NIKON AMERICAS INC.

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Nikon Americas Inc. states as follows:  Nikon Corporation owns more than 5% of Nikon Americas Inc., and The Master Trust Bank of Japan, Ltd., Trust Account; Japan Trustee Services Bank, Ltd., Trust Account and Meiji Yasuda Life Insurance Company each own more than 5% of Nikon Corporation.

Dated:  May 28, 2008

Respectfully submitted,

/s/  Marc S. Blackman
David L. Witcoff
Illinois State Bar No. 6183629
dlwitcoff@jonesday.com
Marc S. Blackman
Illinois State Bar No. 6236719
msblackman@jonesday.com
JONES DAY
77 West Wacker Drive
Chicago, Illinois 60601-1692
Telephone:  312-782-3939
Facsimile:  312-782-8585

**ATTORNEYS FOR DEFENDANT
NIKON AMERICAS INC.**

CHI-1650438v1

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 28, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following at their e-mail address on file with the Court:

>James P. White
>Jerold B. Schnayer
>John L. Ambrogi
>Welsh & Katz, Ltd.
>120 South Riverside Plaza
>22nd Floor
>Chicago, Illinois 60606

                                  s/ Marc S. Blackman
                                  One of the Attorneys for Defendant
                                  Nikon Americas Inc.