# United States District Court
## Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:08–cv–02510

Papst Licensing GmbH &Co. KG v. Nikon Corporation et al
Assigned to: Honorable Samuel Der–Yeghiayan
Cause: 35:145 Patent Infringement

Date Filed: 05/02/2008
Date Terminated: 06/05/2008
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Papst Licensing GmbH &Co. KG**  represented by  **James Patrick White**
Welsh &Katz, Ltd.
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606
(312) 655–1500
Email: jpwhite@welshkatz.com
*ATTORNEY TO BE NOTICED*

**Jerold B. Schnayer**
Welsh &Katz, Ltd.
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606
(312) 655–1500
Email: jbschnayer@welshkatz.com
*ATTORNEY TO BE NOTICED*

**John L. Ambrogi**
Welsh &Katz, Ltd.
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606
(312) 655–1500
Fax: (312) 655–1501
Email: jambrogi@welshkatz.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Nikon Corporation**  represented by  **David L. Witcoff**
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601–1692
(312)782–3939
Email: dlwitcoff@jonesday.com
*ATTORNEY TO BE NOTICED*

        **Marc Scott Blackman**
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601–1692
(312)782–3939
Email: msblackman@jonesday.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nikon Americas, Inc.**                    represented by   **David L. Witcoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **Marc Scott Blackman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nikon, Inc.**                    represented by   **David L. Witcoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **Marc Scott Blackman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Nikon, Inc.**                    represented by   **David L. Witcoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **Marc Scott Blackman**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Papst Licensing GmbH &Co. KG**                    represented by   **James Patrick White**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **Jerold B. Schnayer**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **John L. Ambrogi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Nikon Corporation**                                 represented by **Marc Scott Blackman**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Papst Licensing GmbH &Co. KG**                      represented by **James Patrick White**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Jerold B. Schnayer**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **John L. Ambrogi**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/02/2008 | Ï 1 | COMPLAINT filed by Papst Licensing GmbH &Co. KG; Jury Demand. Filing fee $ 350.(kj, ) (Entered: 05/05/2008) |
| 05/02/2008 | Ï 2 | CIVIL Cover Sheet. (kj, ) (Entered: 05/05/2008) |
| 05/02/2008 | Ï 3 | ATTORNEY Appearance for Plaintiff Papst Licensing GmbH &Co. KG by Jerold B. Schnayer. (kj, ) (Entered: 05/05/2008) |
| 05/02/2008 | Ï 4 | ATTORNEY Appearance for Plaintiff Papst Licensing GmbH &Co. KG by James Patrick White. (kj, ) (Entered: 05/05/2008) |
| 05/02/2008 | Ï 5 | ATTORNEY Appearance for Plaintiff Papst Licensing GmbH &Co. KG by John L. Ambrogi. (kj, ) (Entered: 05/05/2008) |
| 05/05/2008 | Ï 8 | AMENDED complaint by Papst Licensing GmbH &Co. KG against all defendants (Ambrogi, John) (Entered: 05/05/2008) |
| 05/05/2008 | Ï 9 | SUMMONSES Issued, three originals and three copies, as to Defendants Nikon Corporation, Nikon Americas, Inc., Nikon, Inc. (ar, ) (Entered: 05/06/2008) |
| 05/08/2008 | Ï 10 | Papst Licensing GmbH &Co. KG Rule 7.1 Corporate Disclosure Statement by Papst Licensing GmbH &Co. KG (Ambrogi, John) (Entered: 05/08/2008) |
| 05/08/2008 | Ï 11 | Local Rule 3.4 Notice of Claims Involving Patents by Papst Licensing GmbH &Co. KG (Ambrogi, John) (Entered: 05/08/2008) |
| 05/09/2008 | Ï 12 | MINUTE entry before Judge Honorable Samuel Der–Yeghiayan: Initial status hearing set for 07/22/08 at 9:00 a.m. At least four working days before the initial status hearing, the parties shall conduct a FRCP 26(f) conference and file a joint written Initial Status Report, not to exceed five pages in length, and file the Court's Joint Jurisdictional Status Report and deliver courtesy copies to this Court's chambers. The Court's standing orders on the Initial Status Report and |

| | | |
|---|---|---|
| | | Joint Jurisdictional Status Report maybe obtained from Judge Der–Yeghiayan's web page or from this Court's Courtroom Deputy. Counsel for the Plaintiff is warned that failure to serve summons and complaint on Defendants will result in a dismissal of the action and/or a dismissal of that Defendant not properly served pursuant to FRCP 4. Counsel for Plaintiff is further directed to file with the Clerk of Court, the appropriate returns of service and/or waivers of service. Mailed notice (mw, ) (Entered: 05/09/2008) |
| 05/13/2008 | Ï 13 | Notice of Conditional Transfer by Papst Licensing GmbH &Co. KG (Attachments: # 1 Exhibit Exhibit A, Exhibit B)(Ambrogi, John) (Entered: 05/13/2008) |
| 05/27/2008 | Ï 14 | ATTORNEY Appearance for Defendant Nikon, Inc. by David L. Witcoff (Witcoff, David) (Entered: 05/27/2008) |
| 05/27/2008 | Ï 15 | ATTORNEY Appearance for Defendant Nikon, Inc. by Marc Scott Blackman (Blackman, Marc) (Entered: 05/27/2008) |
| 05/27/2008 | Ï 16 | ANSWER to amended complaint, COUNTERCLAIM filed by Nikon, Inc. against Papst Licensing GmbH &Co. KG. by Nikon, Inc.(Blackman, Marc) (Entered: 05/27/2008) |
| 05/27/2008 | Ï 17 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Nikon, Inc. (Blackman, Marc) (Entered: 05/27/2008) |
| 05/28/2008 | Ï 18 | ATTORNEY Appearance for Defendant Nikon Americas, Inc. by Marc Scott Blackman (Blackman, Marc) (Entered: 05/28/2008) |
| 05/28/2008 | Ï 19 | ANSWER to amended complaint by Nikon Americas, Inc.(Blackman, Marc) (Entered: 05/28/2008) |
| 05/28/2008 | Ï 20 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Nikon Americas, Inc. (Blackman, Marc) (Entered: 05/28/2008) |
| 05/28/2008 | Ï 21 | ATTORNEY Appearance for Defendant Nikon Americas, Inc. by David L. Witcoff (Witcoff, David) (Entered: 05/28/2008) |
| 06/02/2008 | Ï 22 | ATTORNEY Appearance for Defendant Nikon Corporation by Marc Scott Blackman (Blackman, Marc) (Entered: 06/02/2008) |
| 06/02/2008 | Ï 23 | ANSWER to amended complaint, COUNTERCLAIM filed by Nikon Corporation against Papst Licensing GmbH &Co. KG. by Nikon Corporation(Blackman, Marc) (Entered: 06/02/2008) |
| 06/02/2008 | Ï 24 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Nikon Corporation (Blackman, Marc) (Entered: 06/02/2008) |
| 06/02/2008 | Ï 25 | ATTORNEY Appearance for Defendant Nikon Corporation by David L. Witcoff (Witcoff, David) (Entered: 06/02/2008) |
| 06/05/2008 | Ï 26 | CONDITIONAL Transfer Order from the MDL Panel transferring case to the District of Columbia. MDL–1880 (CTO–3), dated 5/28/08. (ar, ). Modified on 6/6/2008 (ar, ). (Entered: 06/06/2008) |
| 06/06/2008 | Ï 27 | TRANSFERRED to the US District Court for the District of Columbia the electronic record. (ar, ). Modified on 6/6/2008 (ar, ). (Entered: 06/06/2008) |