AO 120 (Rev. 3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___for the District of Columbia___ on the following  X  Patents or  ☐ Trademarks:

| DOCKET NO.<br>CA 08-985 | DATE FILED<br>5/2/08 | U.S. DISTRICT COURT<br>FOR DISTRICT OF COLUMBIA (MDL CASE) |
|---|---|---|
| PLAINTIFF<br><br>**PAPST LICENSING GMBH & CO. KG**<br><br>Bahnofstrasse 33, 78112 St.<br><br>Georgen, Germany. | | DEFENDANT<br>Nikon<br>Fuji Building, 2-3 Marunouchi<br>3-chome, Chiyoda-ku, Tokyo, Japan.<br>Nikon, Inc.<br>1300 Walt<br>Whitman Road,, Melville, NY 11747. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,470,399 B1 | 10/22/02 | PAPST LICENSING GmbH & Co. KG |
| 2 | 6,895,499 B2 | 5/17/05 | PAPST LICENSING GmbH & Co. KG |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |
|---|---|

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>Nancy Mayer-Whittington, Clerk by Joe Burgess | (BY) DEPUTY CLERK | DATE<br>6/27/08 |
|---|---|---|

AO 120 (Rev. 3/04)

**Copy 1—Upon initiation of action, mail this copy to Director**     **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**     **Copy 4—Case file copy**